# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBERT FLOWERS,<br><br>        Plaintiff,<br>v.<br><br>B. JOHNSON, et al.,<br><br>        Defendants. | **Case No.: 1:15-cv-01778-AWI-JLT**<br><br>**ORDER REASSIGNING CASE**<br><br>**Old Case Number: 1:15-cv-01778-AWI-JLT**<br><br>**New Case Number: 1:15-cv-01778-JLT** |

The parties have indicated their willingness to consent to Magistrate Judge jurisdiction for all further proceedings in this case (Docs. 56, 60), including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c)(1).

Accordingly, the Court **ORDERS**:

1. This case is REASSIGNED to Jennifer L. Thurston, Magistrate Judge, for all further proceedings; and

2. This case is RENUMBERED as **1:15-cv-01778-JLT**; the parties shall use this number in all future filings.

IT IS SO ORDERED.

Dated:   April 27, 2018                                     
                                                  SENIOR DISTRICT JUDGE