# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBERT FLOWERS,<br><br>            Plaintiff,<br><br>    v.<br><br>B. JOHNSON, et al.,<br><br>            Defendants. | **Case No. 1:15-cv-01778-JLT (PC)**<br><br>**AMENDED SCHEDULING ORDER**<br><br>**Telephonic Trial Confirmation:**<br>**June 15th, 2018, at 10:30 a.m.**<br><br>**Jury Trial:**<br>**August 13, 2018, at 8:30 a.m.** |

In light of the recent reassignment of this case, the following modifications are made to the scheduling order:

1. The Telephonic Trial Confirmation Hearing currently set for 6/15/2018 at 10:30 a.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii is RESET for 6/15/2018 at 10:30 a.m. before Magistrate Judge Jennifer L. Thurston. Counsel for Defendants shall arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and each side shall call the court at (888) 557-8511 utilizing the passcode 1652736;

2. In addition to electronically filing their pretrial statement, Defendants shall e-mail their pretrial statement to: jltorders@caed.uscourts.gov;

3. The Jury Trial currently set for 8/7/2018 at 8:30 a.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii is RESET for 8/13/2018 at 8:30 a.m. in the

1

Bakersfield Courthouse of the United States District Court, Eastern District Court of California, before Magistrate Judge Jennifer L. Thurston.

4. All deadlines and requirements set in the February 21, 2018 Scheduling Order (Doc. 51) remain in effect and unchanged.

IT IS SO ORDERED.

Dated: **April 30, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE