# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBERT FLOWERS,<br>　　　　　　Plaintiff,<br><br>v.<br><br><br>JOHNSON, et al,<br>　　　　　　Defendants. | 1:15-cv-01778-JLT (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR RUBERT FLOWERS, CDC # F-74848, PLAINTIFF'S TELEPHONIC APPEARANCE**<br><br>DATE: June 15, 2018<br>TIME: 10:30 a.m. |

　　　　Rubert Flowers, CDCR # F-74848, the plaintiff in proceedings in this case on June 15, 2018, is confined at California Substance Abuse Treatment Facility (SATF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for telephonic appearance before Magistrate Judge Jennifer L. Thurston, in the Bakersfield Courthouse of the United States District Court, Eastern District of the California by calling (888) 557-8511, utilizing the passcode 1652736 on June 15, 2018, at 10:30 a.m.

## ACCORDINGLY, THE COURT ORDERS:

1. A Writ of Habeas Corpus ad Testificandum SHALL issue, under the seal of this court, commanding the Warden to produce the inmate named above for telephonic appearance in the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of California Substance Abuse Treatment Facility (SATF)**

　　　　**WE COMMAND** you to produce the inmate named above, along with his legal property required for the trial, volume not to exceed two paper boxes, for telephonic appearance before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　　Dated:　__May 30, 2018__　　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE