**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBERT FLOWERS,<br><br>        Plaintiff,<br><br>    v.<br><br>B. JOHNSON, et al.,<br><br>        Defendant. | Case No.: 1:15-cv-01778-JLT (PC)<br><br>NOTICE AND ORDER THAT INMATE JIM CAGE, CDC #AA-9208, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Inmate witness JIM CAGE, CDC #AA-9208, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

    Dated: __**August 13, 2018**__                        **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE