# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPERT FLOWERS, | Case No.: 1:15-cv-01778-JLT (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON AUGUST 14, 2018, AT 8:30 A.M. |
| v. | |
| B. JOHNSON, et al., | |
| Defendant. | |

Plaintiff, Rupert Flowers, CDCR #F-74848, shall be produced for trial before the United States District Court, 510 19th Street, Bakersfield, California, at 8:30 a.m. on Tuesday, August 14, 2018, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated: __August 13, 2018__      _____/s/ Jennifer L. Thurston_____
                                  UNITED STATES MAGISTRATE JUDGE

1