# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPERT FLOWERS, <br><br> Plaintiff, <br><br> v. <br><br> B. JOHNSON, et al., <br><br> Defendant. | Case No.: 1:15-cv-01778-JLT (PC) <br><br> NOTICE AND ORDER THAT INMATE RUPERT FLOWERS, CDC #F-74848, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter concluded on August 14, 2018. Plaintiff inmate RUPERT FLOWERS, CDC #F-74848, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED: August 14, 2018

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1